UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL ANGEL BELOQUI and ANA JOSEFA ZEMBORAIN,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>THE REPUBLIC OF ARGENTINA,<br>　　　　　　　　　　Defendant. | 14 CV 5963 (TPG) |

### REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

　　　Plaintiffs respectfully submit this reply memorandum in support of their motion for partial summary judgment as to the Republic of Argentina's violations of the Pari Passu provision.

　　　Plaintiffs refer to the Reply Memorandum of Law in Support of the Motion by NML Capital, Ltd. for Partial Summary Judgment, filed in *NML Capital, Ltd. v. Republic of Argentina*, 14 Civ. 8601 (TPG), for further argument on this motion.

　　　Plaintiffs are submitting the declaration of Plaintiff Miguel Angel Beloqui for the Court's further consideration on this motion.

New York, New York
April 7, 2015

                              Respectfully submitted,

                              MILBERG LLP


                              By: _____/s/_____
                                       Michael C. Spencer
                              mspencer@milberg.com
                              One Pennsylvania Plaza
                              New York, NY  10119
                              Tel.: 212-594-5300
                              Facs.: 212-868-1229

                              *Attorneys for Plaintiffs*